United States Courts
Southern District of Texas
FILED

April 01, 2025

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
OCT 17 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>v<br><br>(1) SAMUEL ERIC KEEN<br>(2) DOUGLAS ROBERT PEACE<br>Defendants | 4:25-mj-192<br><br>INDICTMENT A23 CR 183-DII<br><br>[Ct. 1: 21 U.S.C. §§ 813, 841(a)(1), 802(32)(A)<br>- Possession with Intent to Distribute<br>Analogue Controlled Substances;<br>Ct. 2: 21 U.S.C. §841(a)(1)<br>– Possession with Intent to Distribute a<br>Controlled Substance] |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
Possession with Intent to Distribute Analogue Controlled Substances
[21 U.S.C. §§ 813, 841(a)(1), and 802(32)(A), and 18 U.S.C. § 2]

Beginning in or about December 2022 and continuing until on or about the 8th day of March 2023, in the Western District of Texas, the defendants,

(1) SAMUEL ERIC KEEN
(2) DOUGLAS ROBERT PEACE

aided and abetted by one another and by others both known and unknown to the Grand Jury, unlawfully, intentionally, and knowingly did distribute and possess with intent to distribute approximately 300 grams or more of a mixture or substance containing 1,4 Butanediol, also known as "BDO," a Schedule I controlled substance analogue as defined in 21 U.S.C. § 802(32)(A), knowing that the substance was intended for human consumption as provided in 21 U.S.C. § 813, all in violation of 21 U.S.C. §§ 813, 841(a)(1), and 802(32)(A), and 18 U.S.C. § 2.

Indictment – Keen, et. al.                                                                                                   Page 1 of 2

## COUNT TWO
### Possession with Intent to Distribute a Controlled Substance
### [21 U.S.C. §§ 841(a)(1) and (b)(1)(C)]

On or about March 8, 2023, in the Western District of Texas, Defendant,

### (2) DOUGLAS ROBERT PEACE

did intentionally and knowingly possess with intent to distribute and distribute methamphetamine, a controlled substance.

In violation of 21 U.S.C. §§ 841(b)(1)(C).

A TRUE BILL

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

JAIME ESPARZA
UNITED STATES ATTORNEY

By: *Michelle E. Fernald*
FOR: DOUGLAS W. GARDNER
ASSISTANT UNITED STATES ATTORNEY